# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162287-8(54)

ADVISACARE HEALTHCARE SOLUTIONS,
d/b/a ADVISACARE,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 162287, 162288
COA: 349756, 350221
Kent CC: 18-000792-NF

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on January 6, 2021, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2021



Clerk